IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEAN C. BOYD**                                                                                             **PLAINTIFF**

**v.**                                                     **No. 4:22CV65-NBB-DAS**

**ADVERT SECURITY CONTRACTOR, ET AL.**                     **DEFENDANTS**

**ORDER FOR CLERK OF THE COURT TO CHANGE
THE STYLE OF THIS CASE ON THE DOCKET**

The plaintiff originally named as a defendant "Advert Security Contractor in Pearl, Mississippi." The court has ordered [17] the Clerk of the Court to change the name of that defendant to "S&S Management Group, LLC, d/b/a Advert Group USA." The Clerk of the Court is **DIRECTED** to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED**, this, the 28th day of September, 2022.

                                                                     /s/ David A. Sanders
                                                                     DAVID A. SANDERS
                                                                     UNITED STATES MAGISTRATE JUDGE